**Electronically Filed
Supreme Court
SCWC-11-0001093
09-OCT-2013
11:05 AM**

SCWC-11-0001093

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BG INCORPORATED, a Hawai'i corporation,
BRYAN FUNAI AND CYNTHIA J. FUNAI,
Respondents/Plaintiffs-Appellees,

vs.

WILLIAM S. ELLIS, JR.,
Petitioner/Defendant-Appellant,

and

P.F. THREE PARTNERS, a Hawai'i limited partnership,
BARBARA A. SUMIDA, SUCCESSOR TRUSTEE OF THE MASARU
SUMIDA TRUST; STANLEY UNTEN, TRUSTEE AND SHAREHOLDER OF
BANANA GROWERS OF HAWAI'I, INC. a dissolved Hawai'i
corporation; TAMAE M. SHIRAISHI AND DEBRA J. SHIRAISHI-PRATT,
SUCCESSOR CO-TRUSTEES TO CHARLEY T. SHIRAISHI,
TRUSTEE OF THE CHARLEY T. SHIRAISHI REVOCABLE TRUST.
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001093; CIV. NO. 05-1-0232(2))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant William S. Ellis, Jr.'s application for writ of certiorari, filed on August 28, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, October 9, 2013.

William S. Ellis, Jr.,                  /s/ Mark E. Recktenwald
Petitioner/Defendant-
Appellant pro se                        /s/ Paula A. Nakayama

                                        /s/ Simeon R. Acoba, Jr.



                                        /s/ Sabrina S. McKenna

                                        /s/ Richard W. Pollack